YAAKOV M. ROTH
Acting Assistant Attorney General
JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
KAREN Y. PAIK (Cal. Bar No. 288851)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.8561 | F: 213.894.7819
    Email: Karen.Paik@usdoj.gov
JAMIE A. YAVELBERG
PATRICIA L. HANOWER
J. JENNIFER KOH
ROBBIN O. LEE
Attorneys, Civil Division
United States Department of Justice
    P.O..Box 261, Ben Franklin Station
    Washington D.C.  20044
    Telephone (202) 305-1816
    Email: Jennifer.Koh@usdoj.gov

Attorneys for the United States of America

**FILED** CLERK, U.S. DISTRICT COURT
March 21, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

**UNDER SEAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. 2:20-CV-05156- DMG (ASx)<br><br>**UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND TO PARTIALLY DECLINE TO INTERVENE**<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER (1) RE UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND TO PARTIALLY DECLINE TO INTERVENE; AND (2) PARTIALLY UNSEALING THE CASE] |

YAAKOV M. ROTH
Acting Assistant Attorney General
JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
KAREN Y. PAIK (Cal. Bar No. 288851)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.8561 | F: 213.894.7819
    Email: Karen.Paik@usdoj.gov
JAMIE A. YAVELBERG
PATRICIA L. HANOWER
J. JENNIFER KOH
ROBBIN O. LEE
Attorneys, Civil Division
United States Department of Justice
    P.O..Box 261, Ben Franklin Station
    Washington D.C. 20044
    Telephone (202) 305-1816
    Email: Jennifer.Koh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PAUL PEW,<br><br>    Plaintiffs,<br><br>v.<br><br>SEOUL MEDICAL GROUP, INC., a California corporation, ADVANCED MEDICAL MANAGEMENT, INC., a California corporation,<br><br>    Defendants. | No. 2:20-CV-05156- DMG (ASx)<br><br>**UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND TO PARTIALLY DECLINE TO INTERVENE**<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER (1) RE UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND TO PARTIALLY DECLINE TO INTERVENE; AND (2) PARTIALLY UNSEALING THE CASE] |

## I. NOTICE OF ELECTION TO PARTIALLY INTERVENE AND TO PARTIALLY DECLINE TO INTERVENE AGAINST DEFENDANTS

In this *qui tam* case brought under the False Claims Act, 31 U.S.C. §§ 3729-33, the United States of America, the Defendants, and the Relator have entered into a written settlement agreement dated March 14, 2025 (the "Settlement Agreement").

Pursuant to 31 U.S.C. §§ 3730(b)(2) and (4)(A), the United States hereby notifies the Court that it elects to partially intervene in this case with respect to claims for the "Covered Conduct," as that term is defined in the Settlement Agreement. Pursuant to 31 U.S.C. §§ 3730(b)(2) and (4)(B), the United States hereby notifies the Court that it declines to intervene against Defendants to the extent the claims are not for the Covered Conduct defined in the Settlement Agreement.

The United States is partially intervening for the purpose of effectuating the Settlement Agreement. Pursuant to the Settlement Agreement, the Parties will be filing a joint stipulation dismissing the First Claim for Relief for violation of 31 U.S.C. § 3729(a) in the Complaint (Dkt. 1). The stipulation will not dismiss Relator's Second Claim for Relief for violations of 31 U.S.C. § 3730(h) against Defendants, which will remain.

## II. REQUEST FOR PARTIAL UNSEALING

Pursuant to 31 U.S.C. § 3730(b)(3), the United States requests that the following documents be unsealed:

1. Relator's Complaint;
2. This Notice; and
3. the Proposed Order filed/lodged concurrently herewith.

The United States further requests that all other papers filed or lodged to date in this action remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation, and, thereby, evaluating whether the seal and time for making an

election to intervene should be extended.  All papers hereafter filed or lodged in this action should not be sealed.

                            Respectfully submitted,

DATED: March 21, 2025         YAAKOV M. ROTH
Acting Assistant Attorney General
JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
JAMIE ANN YAVELBERG
PATRICIA L. HANOWER
J. JENNIFER KOH
ROBBIN O. LEE
Attorneys, Civil Division

_/s/ Karen Y. Paik_____
KAREN Y. PAIK, AUSA
Assistant United States Attorney
Attorneys for the United States

## PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, CA 90012.

I served the UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND TO PARTIALLY DECLINE TO INTERVENE on each person or entity named below by e-mail.

Date of e-mailing: March 21, 2025. Place of e-mailing: Los Angeles, CA.

Person(s) and/or Entity(s) to whom e-mailed:

*Attorneys for Relator:*

William K. Hanagami
HANAGAMI LAW
A Professional Corporation
913 Tahoe Boulevard, Suite 5
Incline Village, Nevada 89451
bill@hanagami.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2025, at Los Angeles, California.

Connie Hom

3