UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 20-5156-DMG (ASx)** | Date | September 23, 2026 |
| Title | ***Paul Pew v. Seoul Medical Group, Inc., et al.*** | Page | **1** of **1** |

Present: The Honorable DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DEREK DAVIS | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON THE PARTIES' COUNSEL AND STRIKE THE REQUEST FOR JURY TRIAL**

On October 15, 2025, the Court issued a Scheduling and Case Management Order for Jury Trial. [Doc. # 72 ("CMO").] Pursuant to the CMO, the Final Pretrial Conference is scheduled for October 13, 2026, followed by a jury trial set for November 10, 2026. *Id.* at 18.[1] In preparation, the parties were required to file a Joint Status Report regarding settlement, Motions *in Limine* (if any), Proposed Pretrial Conference Order, Contentions of Fact/Law, Pretrial Exhibit Stipulation, Joint Exhibit List, Witness Lists & Joint Trial Witness Time Estimate Form, Agreed Statement of the Case, Proposed Voir Dire Questions, Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions, and Verdict Forms by **September 22, 2026**. *Id.*

To date, the parties have not filed any of the required pretrial documents. Counsel for Plaintiff Paul Pew and Defendants Seoul Medical Group, Inc. and Advanced Medical Management, Inc., are hereby **ORDERED TO SHOW CAUSE** why the Court should not impose sanctions upon them for failure to comply with a Court Order and deem the request for jury trial waived. *See* CMO at 10. The attorneys' joint response to this Order shall be filed by **September 30, 2026**.

**IT IS SO ORDERED.**

[1] All page references herein are to page numbers inserted by the CM/ECF system.