**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL PEW,<br><br>Plaintiff,<br><br>vs.<br><br>SEOUL MEDICAL GROUP, INC., a California corporation, ADVANCED MEDICAL MANAGEMENT, INC., a California corporation,<br><br>Defendants. | Case No. CV 20-5156-DMG (ASx)<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE [81]** |

Plaintiff Paul Pew and Defendants Seoul Medical Group, Inc. and Advanced Medical Management, Inc. submitted a Joint Stipulation for Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [Doc. # 81.] The Court **APPROVES** the Stipulation and **ORDERS** as follows:

1. The above-captioned action is **DISMISSED with prejudice**;
2. All dates and deadlines are **VACATED**; and
3. The Court's September 23, 2026 Order to Show Cause is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

DATED: September 28, 2026

Dolly M. Gee

DOLLY M. GEE
Chief United States District Judge